# Exhibit A

# State of Louisiana
## Secretary of State

716604

01/25/2011

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

CERTAIN UNDERWRITERS AT LLOYDS OF LONDON
C/O MESSRS. DANIEL M. BIANCA & GEORGE C. LOCK
MENDES & MOUNT
750 SEVENTH AVENUE
NEW YORK, NY 10019-6829

RECEIVED

JAN 3 1 2011

M. & M., LLP
Answered       FILE

Suit No.: 696775
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

LIL JEBERG ENTERPRISES INTERNATIONAL LLC. ET AL
vs
CERTAIN UNDERWRITERS AT LLOYDS LONDON

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on: TOM SCHEDLER          Date: 01/24/2011
Served by: E CUMMINS             Title: DEPUTY SHERIFF

No: 833002



TG

(101) Citation: ISS PETITION;                                                110114-6721-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

LILJEBERG ENTERPRISES INTERNATIONAL LLC,  
LEASEHOLD LLC  
versus  
CERTAIN UNDERWRITERS AT LLOYDS LONDON

Case: 696-775   Div: "P"  
P 1 LILJEBERG ENTERPRISES  
INTERNATIONAL LLC

To: CERTAIN UNDERWRITERS AT LLOYDS LONDON  
THRU LA SECRETARY OF STATE  
8585 ARCHIVES AVE  
BATON ROUGE LA 70809

SS# 35102- $25.00  
EBR# 35103- $29.36

SERVED ON  
TOM SCHEDLER

JAN 24 2011

SECRETARY OF STATE  
COMMERCIAL DIVISION

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney STEPHEN D. MARX and was issued by the Clerk Of Court on the 14th day of January, 2011.

Ericka Sauls, Deputy Clerk of Court for  
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS PETITION;                                                110114-6721-1

Received:_____   Served:_____   Returned:_____

Service was made:  
____ Personal        ____ Domiciliary _____

Unable to serve:  
____ Not at this address   ____ Numerous attempts _____ times  
____ Vacant                ____ Received too late to serve  
____ Moved                 ____ No longer works at this address  
____ No such address       ____ Need apartment / building number  
____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____  
                       Deputy Sheriff  
Parish of: _____

**DIV. P**
JUDGE
LEE V. FAULKNER, JR.



24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 696775                                                           DIVISION " "

**LILJEBERG ENTERPRISES INTERNATIONAL, LLC
AND LEASEHOLD, LLC**

**VERSUS**

**CERTAIN UNDERWRITERS AT LLOYD'S LONDON**

FILED: _____      _____
                                                                    DEPUTY CLERK

## PETITION

The Petition of Liljeberg Enterprises International, LLC, a Louisiana limited liability company domiciled in Jefferson Parish, State of Louisiana ("Liljeberg") and Leasehold, LLC, a Louisiana limited liability company domiciled in Jefferson Parish, State of Louisiana ("Leasehold") (Liljeberg and Leasehold may hereafter collectively be referred to as "Petitioners"), respectfully avers as follows:

1.

Made Defendant is Certain Underwriters at Lloyd's London, a foreign insurer licensed to do and doing business in the State of Louisiana and in this Parish (hereafter, "Lloyd's London").

2.

Venue is proper in this Court pursuant to LSA-C.C.P. Article 76.

3.

Leasehold owns the commercial real property and the building located thereon at 611-613 Papworth Avenue, Metairie, Louisiana (hereafter, the "Building").

4.

Liljeberg has leased the Building from Leasehold for many years and currently utilizes it as a storage facility where it stores a variety of new electrical appliances and fixtures (the "Contents").

-1-

5.

On January 14, 2010, the Building and the Contents both suffered extensive water damage when a water pipe supplying water to a water heater on the second floor of the Building broke (hereafter, the "Occurrence").

6.

At the time of the Occurrence, Petitioners were both insured against the property damage sustained by Lloyd's London, under the terms of a commercial property policy bearing policy number HI509-107 (hereafter the "Policy").

7.

Upon discovering the leaking water and damage caused thereby, Petitioners promptly notified their insurance agent, who promptly notified Lloyd's London.

8.

Lloyd's London has inspected the Building and the Contents on several occasions and has in its possession satisfactory proof of the loss to both the Building and the Contents.

9.

Lloyd's London has denied the claim citing policy exclusions which do not apply to the specific facts and circumstances surrounding the Occurrence.

10.

Despite having inspected the Building and the Contents, and despite its possession of satisfactory proofs of loss, and despite demand for payment, Lloyd's London has not made any payment and such failure is arbitrary and capricious, or without probable cause, entitling Petitioners to statutory penalties and attorney's fees under LSA-R.S. 22:1892 and/or 22:1973 and/or any other statute which may have been or may hereafter be in effect.

WHEREFORE, Petitioners, Liljeberg Enterprises International, LLC and Leasehold, LLC respectfully pray that, after due proceedings are had, there be judgment in their favor and against the Defendant, Certain Underwriters at Lloyd's London, for all amounts proven to represent their losses at the trial of this matter, together with statutory penalties, damages, and attorney's fees pursuant to

-2-

LSA R.S. 22:1892 and/or 22:1973, judicial interest from the date of judicial demand until paid, for all costs of these proceedings and for any and all other relief to which Petitioners are entitled.

Respectfully submitted,

*[signature]*

JULIAN R. MURRAY, JR. (#7526)
STEPHEN D. MARX (#17041)
Chehardy, Sherman, Ellis, Murray, Recile,
Griffith, Stakelum & Hayes, LLP
One Galleria Boulevard
Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080
Attorneys for Petitioners

PLEASE SERVE:

Certain Underwriters at Lloyd's London
Through its Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

-3-

TRUE COPY OF THE ORIGINAL
FILE IN THIS OFFICE.

*[signature]*

DEPUTY CLERK
JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.